# EXHIBIT A

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**

August 3, 2021

To Judge Gonzalez Rogers -

I regret my mistakes and being blind to being a better father to my kids a better son to my mother and better brother to my sisters I lost years out my life being high on drugs and giving up on myself and others that belived in me … especially to my kids and mother…

I'm asking the court to please understand that taking me away from my family and kids only rips me away from giving them a better aportunity in to being the best they can ever be helping my mother with bills and me being there for those who depend on me I take fool responsibility for my actions but it makes me cry just to loosing my freedom and being away from the people that make me happy

please let me show the court that I'm a changed person I knw how to do good only if y'all let me show y'all that I can ever scence I got clean it open my eyes to life in general and I'm happy showing people that I can succeed with my family by my side please give me the chance to show the court that I'm a changed person I have happiness in my life please dnt take that from me

I want to thank Nelson my Pretrial officer for being tuff on me because if it wasent for him I wouldn't be where I'm at now hope I get a chance to keep my happiness because with out them I can't find myself in life

thank you for your time and for giving me a aportunity into being free around the people I love and thank you Joyce for fighting by myside in my wrongs and rights.

Sencierly,  RAUL ACOSTA

# EXHIBIT B

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**

July 14, 2021

To whom it concern,

I am here today to speak on my behalf regards Raul's improvement within this time around. Let me start by saying that I've known him for half of my lifetime. We were 12yrs old when we first met inside a jumper. We were just kids. I seen the good in him. Caring and loving person, always been so respectful towards me. I got to see him with no tattoos, a kid that was just guided by the wrong people in life. His mom had to work a few jobs to take care of him and his 4 other siblings because his dad wasnt around. Raul grew up without a dad but that doesn't justify anything. But as time passes by and people grow older people change.i always had hope and faith in Raul.

Im happy to be here with him experiencing his best. Raul is not the person he was before, his change only for the better. Always being so supportive towards me and are kids. Maintaining a job, while fighting his addiction. Raul has been in and out of rehabs and his finally taking proper medication to control it. Because he does wanna change. Raul has also been taking counseling. Raul has improved more than i can imagine. His always home. He doesn't communicate with anybody. His main focus is having the opportunity to change and show you guys that people grow. Raul wants to there for his kids, he showing the change within himself towards me and i love it.

It will break us apart if something goes wrong, his work so hard to get finally getting it together. He has a stable job, and doing what a husband and father should do. Please continue to allow him to show you guys how much improvement he can really do. We need him out here, please allow him to continue to share moments with us. Please dont take him away from us. Please let him continue to show you guys how much better he can be. We are happy to have him home.we are only moving forward in life, life is too short so we are going to do the best for are kids.

From Cindy Corea

# EXHIBIT C

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

February 27, 2021


My name is Adilene Acosta I am reaching out in regards to Raul Acosta. I am his older sister and the reason for the message is because I heard that he can possibly be facing jail time for previous charges. I want to kindly ask you to consider that Raul had a rough start since he was a young teenager as I am sure you know his criminal history. Ever since he got out of prison he has tried to adjust to life after prison,  in which my option he has done a great job. Him missing out on his kids growing up has had a big affect on him for the better. Me and him was raised in a household with a single mother no father in the picture.

The decisions he takes now the way he sees things and the plans he has for the future has changed dramatically. He now has a job a  bigger place for his kids and he even started financially helping my mother to take care of our younger brother. He has no doubt improved, if he does jail time that will only push him back. He will loose his job and the mother of his kids will be backed up in rent. I'm begging you to please consider Atip program, when Raul completed the program in center point that's when I seen everything switched. I see this is more affective then putting him in jail, please don't give up on him.

We have had a hard life and I want you to know Raul is working hard every day to be a better person. He has a heart of gold and puts everyone's needs before his own, he is a very kind and selfless person thank you for your time.

# EXHIBIT D

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**

February 27, 2021

Hello sorry  to tex u at this time my name is idaly gutierrez I'm raul acosta mother raul told about hes situation i know my son raul is done mistakes I also know that he is really trying to stay positive strong  to do good for him self for hes kids he is a good man  a good father a good son I've seen how much he love hes kids and care for them   help them .he just help hes girlfriend and kids move to a better area to live ..like I say i know hes done bad mistakes bad desitions also I know cuss I see it that he is realy trying  hes best    for hes kids he is helping hes girlfriend pay rent Bill's to buy hes kids what they need. And the most important he is giving love attention  suport to hes kids I've seen  a big change in my son  he is a good  father the kids love him alot

my health is not good  raul is always there for me helping me with money  with  things that I'm unable to do cuss of my arthritis  my health  problems... I want to ask u   to please  ...please consider on sending my son raul to the program ATIP he is working  he also applying for a better  pay job  with my hand in my heart as  hes mother I'm imploring  to you to send  my son raul to the ATIP instead of him be encarselated this program will help him benefit him better to  help my son improve hes life   for better..for him hes kids the society

it haven't been easy for him but he is trying  thanks for your time your attention...god bless

# EXHIBIT E

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**

Received via text on February 27, 2021 from ████████████

Hi this is Marcos Raul acosta brother in Washington I would like to reach out to you and let you know that Raul is doing well contributing to his family he is really improving himself. I talk to him often I would really like to see him stay out of jail and I feel that the a t i p program will benefit him. Raul going back to jail would be a big step backwards for his progress and his familys well being. Right now he has a strong family support  system

if you have any questions for me give me a call anytime again my name is Marcos I am Rauls brother

# EXHIBIT F1

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**



# EXHIBIT F2

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**



# Exhibit F3

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM AND MOTION FOR
DOWNWARD VARIANCE**

